**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1998**

---

BRITTANY M. TOMLINSON,

> Plaintiff - Appellant,

> v.

STATE OF NORTH CAROLINA; MICHELLE C. BALL, Clerk of Superior Court,

> Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:24-cv-00708-FL)

---

Submitted:  May 1, 2026                                    Decided:  May 14, 2026

---

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Brittany M. Tomlinson, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brittany M. Tomlinson seeks to appeal the district court's order dismissing her civil action pursuant to 28 U.S.C. § 1915(e)(2)(B).[*] We dismiss the appeal as untimely and duplicative.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court's judgment was entered on March 14, 2025, and the appeal period expired on April 14, 2025. The instant notice of appeal was filed on August 22, 2025, and is duplicative of Tomlinson's prior appeal of the same judgment. *Tomlinson v. North Carolina*, No. 25-1266, 2025 WL 2105005 (4th Cir. July 28, 2025) (affirming district court's judgment dismissing Tomlinson's complaint for failure to state a claim). Because Tomlinson's notice of appeal is untimely and the appeal is duplicative of her prior appeal, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] Tomlinson has also filed motions for monetary damages, to supplement the record and extend the time to supplement the record, and to amend or correct her complaint. We deny all pending motions.

2